JOHN W. CARPENTER (SBN 221708)
Law Offices of John W. Carpenter LLC
12 Metairie Court
Metairie, LA 70001-3032
T. 415.577.0698
F. 866.410.6248
Email: john@jwcarpenterlaw.com
Attorney for Plaintiff,
Technology Licensing Company, Inc.

JACK W. CHAO, ESQ. (SBN 269480)
Jackwchao@Hotmail.com
LAW OFFICES OF JACK W. CHAO
2522 Chambers Road, Suite 100
Tustin, CA 92780
Tel: 949. 466.4307
Attorney for Defendant,
AZEND GROUP CORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AZEND GROUP CORP, <br><br> Defendant. | Case No. 3:12-CV-00357 (SI) <br><br> **STIPULATION TO REQUEST TELEPHONIC CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** <br><br> Date:   May 18, 2012 <br> Time:   2:30 PM |

1     Plaintiff Technology Licensing Company Inc. ("TLC") and Defendant Azend Group Corp. ("AZEND") hereby stipulate to request that the initial Case Management Conference (CMC), currently scheduled for Friday, **May 18**, 2012 at **2:30 PM** be held telephonically. TLC's counsel, Mr. John W. Carpenter, maintains his offices at 12 Metairie Court, Metairie, Louisiana, and can be reached at telephone number (941) 828-1432 or his mobile phone number (415) 577-0698.   Azend's counsel, Mr. Jack W. Chao, maintains his offices at 2522 Chambers Road, Suite 100, Tustin, CA 92780 and can be reached at his office telephone number (949) 559-1028 or his mobile phone number (949) 466-4307.   It will save both parties significant amount of legal fees and costs if the initial CMC can be held telephonically.

                                       Respectfully submitted,

Dated: May 2, 2012                  LAW OFFICES OF JACK W. CHAO

                         By:      /s/ Jack W. Chao
                                       JACK W. CHAO, ESQ. (SBN 269480)
                                       LAW OFFICES OF JACK W. CHAO
                                       2522 Chambers Road, Suite 100
                                       Tustin, CA 92780
                                       Attorney for Defendant
                                       AZEND GROUP CORP

Dated: May 2, 2012
                         By:      /s/ John W. Carpenter
                                         JOHN W. CARPENTER (SBN 221708)
                                       Law Offices of John W. Carpenter LLC
                                       12 Metairie Court
                                       Metairie, LA 70001-3032\
                                       T. 415.577.0698
                                       F. 866.410.6248
                                       Email: john@jwcarpenterlaw.com
                                       Attorney for Plaintiff,
                                       Technology Licensing Company, Inc.

## **ATTESTATION**

I, Jack W. Chao, am the ECF User whose identification and password are being used to file this Stipulation to Request Telephonic Case Management Conference and [Proposed] Order. I hereby attest that John W. Carpenter has concurred in this filing.

Dated: May 2, 2012                    LAW OFFICES OF JACK W. CHAO

By:           /s/ Jack W. Chao
              JACK W. CHAO, ESQ. (SBN 269480)
              LAW OFFICES OF JACK W. CHAO
              2522 Chambers Road, Suite 100
              Tustin, CA 92780
              Attorney for Defendant
              AZEND GROUP CORP

### [PROPOSED] ORDER

The Case Management Conference scheduled on Friday, May 18, 2012 at 2:30 PM shall be conducted telephonically. The court personnel will initiate the conference call by dialing counsel's respective telephone numbers. Plaintiff counsel shall be available at telephone number (941) 828-1432 (first choice) and (415) 577-0698 (alternative choice), and Defendant's counsel shall be available at telephone number (949) 559-1028 (first choice) and (949) 466-4307 (alternative choice).

[Alternatively, Counsels are directed to dial the Court's conference call telephone number (415) -         ]

IT IS SO ORDERED

DATED:   May  17 , 2012

By:  *Susan Illston* (signature)

Honorable Susan Illston

United States District Judge