JACK W. CHAO, ESQ. (SBN 269480)
Jackwchao@Hotmail.com
LAW OFFICES OF JACK W. CHAO
2522 Chambers Road, Suite 100
Tustin, CA 92780
Telephone: (949) 466 – 4307

Attorney for Defendant,
AZEND GROUP CORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AZEND GROUP CORP, <br><br> Defendant. | Case No. 3:12-CV-00357-EDL <br><br> *Assigned for all purposes to the Honorable Susan Illston* <br><br> **STIPULATION AND ORDER RE DISMISSAL OF ACTION** |

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, between Plaintiff Technology Licensing Company, Inc. and Defendant Azend Group Corp, by and through their respective attorneys of record, the following:

   1.   Plaintiff and Defendant settled this matter on or about October 5, 2012;

   2.   The above-captioned action should be dismissed with prejudice in

1       accordance with the terms of the written settlement agreement entered into between the parties;

3. The parties further stipulate that, except as set forth in the October 5, 2012 Settlement Agreement between them, the parties shall bear their own attorney's fees, expenses and costs.

**IT IS SO STIPULATED.**

Date: October 26, 2012           LAW OFFICES OF JACK W. CHAO

By:    /s/ Jack W. Chao
        JACK W. CHAO
        Attorney for Defendant
        AZEND GROUP CORP

Date: October 26, 2012           TECHNOLOGY LICENSING COMPANY

By:    /s/ John W. Carpenter
        John W. Carpenter
        Attorney for Plaintiff
        Technology Licensing Company, Inc.

**IT IS SO ORDERED**

Date:   10/31____, 2012

By:    [signature: Susan Illston]
      Honorable Susan Illston
      United States District Judge