JACK W. CHAO, ESQ. (SBN 269480)
Jackwchao@Hotmail.com
LAW OFFICES OF JACK W. CHAO
2522 Chambers Road, Suite 100
Tustin, CA 92780
Telephone: (949) 466 – 4307

Attorney for Defendant,
AZEND GROUP CORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AZEND GROUP CORP,<br><br>Defendant. | Case No. 3:12-CV-00357-EDL<br><br>*Assigned for all purposes to the Honorable Susan Illston*<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ACTION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, between Plaintiff Technology Licensing Company, Inc. and Defendant Azend Group Corp, by and through their respective attorneys of record, the following:

1. Plaintiff and Defendant settled this matter on or about October 5, 2012;

2. The above-captioned action should be dismissed with prejudice in

accordance with the terms of the written settlement agreement entered into between the parties;

3. The parties further stipulate that, except as set forth in the October 5, 2012 Settlement Agreement between them, the parties shall bear their own attorney's fees, expenses and costs.

**IT IS SO STIPULATED.**

Date: October 26, 2012            LAW OFFICES OF JACK W. CHAO

                             By:   /s/ Jack W. Chao
                                       JACK W. CHAO
                                       Attorney for Defendant
                                       AZEND GROUP CORP

Date: October 26, 2012            TECHNOLOGY LICENSING COMPANY

                             By:   /s/ John W. Carpenter
                                       John W. Carpenter
                                       Attorney for Plaintiff
                                       Technology Licensing Company, Inc.

**IT IS SO ORDERED**

Date:   10/31    , 2012

                             By:   _____
                                       Honorable Susan Illston
                                       United States District Judge